IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANICE GODFREY,<br>  Plaintiff,<br><br> v.<br><br>SOUTHERN YORK COUNTY SCHOOL DISTRICT,<br>  Defendant. | 1:17-cv-2335<br><br>Hon. John E. Jones III |

# ORDER

### June 10, 2019

Presently before this Court is Defendant, Southern York County School District's Motion for Summary Judgment. (Doc. 21). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's request to strike Paragraphs 59 through 114 from Document 43 is **GRANTED**.

2. Defendant's Motion for Summary Judgment, (Doc. 21), is **GRANTED**.

3. The Clerk of the Court **SHALL CLOSE** the file on this case

               s/ John E. Jones III
               John E. Jones III
               United States District Judge